No. 813. J. Chr. G. Hupfel Co., Inc. v. Anderson, Collector. May 2, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. L. L. Hamby* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *John G. Remey* for respondent.

No. 838. Chicago & Northwestern Ry. Co. v. State Board of Equalization & Assessment. May 2, 1932. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Messrs. Wymer Dressler* and *Samuel H. Cady* for petitioner. *Messrs. C. A. Sorensen* and *Hugh LaMaster* for respondent.

No. 839. Milyonico et al. v. United States. May 2, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harold J. Bandy* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, A. E. Gottschall, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 842. Security National Bank v. Young, County Treasurer, et al. May 2, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Perry F. Loucks* for petitioner. *Mr. Ray F. Drewry* for respondents.

No. 846. Johnson et al. v. Burnet, Commissioner of Internal Revenue. May 2, 1932. Petition for writ